# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAMMAT SHAMIMA KHAN,<br><br>　　　　Plaintiff,<br>　　v.<br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:23-cv-02939-WLH-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED.

DATED:  6/10/24

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rules of Civil Procedure 25(d).